In the Matter of Kenneth McNULTY, George McNulty, Hugh McNulty, Francis McNulty and William McNulty, individually and as copartners trading under the firm name and style of McNulty Shipyards and the Copartnership of McNulty Shipyards, Bankrupts, A. Gladys McNulty and Margaret McNulty, Appellants, Joseph F. Ruggieri, Trustee-Appellee.

No. 212, Docket 22608.

United States Court of Appeals
Second Circuit.

Argued April 9, 1953.

Decided April 9, 1953.

Jules Chopak, New York City, for appellants.

Nathan Korn, Brooklyn, N. Y., and Edwin M. Slote, New York City (Max E.

Lynne, New York City, on the brief), for appellee.

Before SWAN, Chief Judge, and CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.